## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNNIE CLIMES, | ) |
| | ) |
| Plaintiff | ) |
| | ) **Case No.:** |
| v. | ) |
| | ) 1:17-cv-11493-NMG |
| SEQUIM ASSET SOLUTIONS, LLC | ) |
| F/K/A FOCUS RECEIVABLES | ) |
| MANAGEMENT, | ) |
| | ) |
| Defendant | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: February 7, 2018          By: */s/ Craig Thor Kimmel*
                                      Craig Thor Kimmel, Esquire
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Fax: (877) 788-2864
                                      Email: kimmel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Jeffrey Sankey, Esq.
Sankey Law Offices, P.C.
25 Braintree Hill Park, Suite 200
Braintree MA 02184
Attorney for Defendant

Dated: February 7, 2018         By: */s/ Craig Thor Kimmel*
                                Craig Thor Kimmel, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Fax: (877) 788-2864
                                Email: kimmel@creditlaw.com